# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Hall, Sarah A. | Bankruptcy Court - Western District of OK | 10/21/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States Bankruptcy Court Judge | ☐ Nomination Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☑ Amended Report | 01/01/2012 <br> to <br> 12/31/2012 |

**7. Chambers or Office Address**

United States Bankruptcy Court
215 Dean A McGee, 6th Floor
Oklahoma City, OK 73102

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust #1 (see Part VII, lines 25 - 256) |
| 2. | Director | Oklahoma Bar Association Bankruptcy Reorganization Committee |
| 3. | Director | Federal Bar Association - Oklahoma City Chapter |
| 4. | Director | The Historical Society for the United States District Court for the Western District of Oklahoma |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hall, Sarah A. | 10/21/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2012 | ▨ (self-employed lawyer) professional corporation - salary and member distribution - K-1 |
| 2. 2012 | National Cooperative Refinery Association - royalty |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hall, Sarah A. | 10/21/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hall, Sarah A. | 10/21/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Morgan Stanley Smith Barney Bank Deposit Program | | None | J | T | | | | | |
| 2. LL&E Royalty Trust | | None | J | T | | | | | |
| 3. Oklahoma Dream 529 Plan - ▮▮ #1 | | None | K | T | Distributed (part) | 02/01/12 | J | | *withdrawal for college |
| 4. - Pimco Total Return / no transactions | | | | | Distributed (part) | 08/20/12 | J | | *withdrawal for college |
| 5. - Pimco Real Return C / no transactions | | | | | | | | | |
| 6. - TIAA-CREF Scap Bld Index C | | | | | | | | | |
| 7. Oklahoma Dream 529 Plan - ▮▮ #2 | | None | L | T | | | | | |
| 8. - Pimco Total Return C | | | | | | | | | |
| 9. - Pimco Real Return C | | | | | | | | | |
| 10. - TIAA-CREF Scap Bld Index C | | | | | | | | | |
| 11. Massachusetts Mutual Limited Pay Whole Life Policy ▮▮ | A | Dividend | K | T | | | | | |
| 12. Massachusetts Mutual Variable Life Select Policy ▮▮ | | None | J | T | | | | | |
| 13. - The Oppenheimer Capital Appreciation Fund | | | | | | | | | |
| 14. - The Oppenheimer Small & Mid Cap Growth Fund | | | | | | | | | |
| 15. Massachusetts Mutual Whole Life Policy ▮▮ | A | Dividend | K | T | | | | | |
| 16. Massachusetts Mutual Ltd Pay Whole Life @ 65 Policy ▮▮ | A | Dividend | J | T | | | | | |
| 17. Massachusetts Mutual Ltd Pay Whole Life Policy ▮▮ | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hall, Sarah A. | 10/21/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  Massachusetts Mutual Whole Life Policy | A | Dividend | K | T | | | | | |
| 19.  Massachusetts Mutual Ltd Pay Whole Life @ 65 Policy | A | Dividend | J | T | | | | | |
| 20.  TRUST #1 | D | Dividend | M | T | | | | | |
| 21.  - MidFirst Bank Account | | | | | | | | | |
| 22.  - PIMCO Total Return Fund CL P | | | | | Sold (part) | 02/29/12 | J | A | |
| 23. | | | | | Buy | 05/16/12 | J | | |
| 24. | | | | | Sold | 05/21/12 | J | A | |
| 25. | | | | | Buy | 07/11/12 | J | | |
| 26. | | | | | Sold (part) | 11/14/12 | J | A | |
| 27.  - Templeton Global Bond Fund | | | | | Sold (part) | 02/29/12 | J | A | |
| 28. | | | | | Sold | 05/16/12 | K | | |
| 29. | | | | | Buy | 11/14/12 | K | | |
| 30.  - CitiBank NA South Dakota Bank Deposit Program | | | | | | | | | |
| 31.  - Lord Abbott Short Duration Income Fnd CL F | | | | | Sold (part) | 02/29/12 | J | A | |
| 32. | | | | | Buy | 05/16/12 | J | | |
| 33. | | | | | Sold (part) | 05/21/12 | J | A | |
| 34. | | | | | Buy | 07/11/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hall, Sarah A. | 10/21/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold (part) | 11/14/12 | J | A | |
| 36. - PIMCO Unconstrained Bond Fund | | | | | Sold (part) | 02/29/12 | J | | |
| 37. | | | | | Sold | 05/21/12 | J | | |
| 38. | | | | | Buy | 11/14/12 | K | | |
| 39. - ACE Limited | | | | | Sold (part) | 02/29/12 | J | A | |
| 40. | | | | | Sold (part) | 05/21/12 | J | A | |
| 41. | | | | | Sold | 06/21/12 | J | | |
| 42. - Canadian Natl Railway Co. | | | | | Sold | 02/21/12 | J | A | |
| 43. - Chevron Corp | | | | | Sold (part) | 02/21/12 | J | A | |
| 44. | | | | | Sold | 03/29/12 | J | A | |
| 45. - Coca Cola Corp. | | | | | Sold | 02/13/12 | J | A | |
| 46. - Companhia De Bebidas Das Amers Spons ADR | | | | | Sold (part) | 02/29/12 | J | A | |
| 47. | | | | | Sold (part) | 05/21/12 | J | A | |
| 48. | | | | | Sold (part) | 06/21/12 | J | A | |
| 49. | | | | | Sold | 09/12/12 | J | A | |
| 50. - Conoco Phillips | | | | | Sold | 01/26/12 | J | | |
| 51. | | | | | Buy | 03/29/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hall, Sarah A. | 10/21/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. | | | | | Sold | 05/21/12 | J | | |
| 53.   - Enbridge Inc. | | | | | Sold (part) | 02/29/12 | J | A | |
| 54. | | | | | Sold | 05/21/12 | J | A | |
| 55. | | | | | Buy | 06/26/12 | J | | |
| 56. | | | | | Buy | 07/11/12 | J | | |
| 57. | | | | | Sold | 09/14/12 | J | A | |
| 58.   - WW Grainger Inc. | | | | | Sold (part) | 02/29/12 | J | A | |
| 59. | | | | | Sold (part) | 06/21/12 | J | A | |
| 60. | | | | | Sold | 06/26/12 | J | A | |
| 61.   - International Business Machines Corp. | | | | | Sold (part) | 02/29/12 | J | A | |
| 62. | | | | | Sold (part) | 05/21/12 | J | A | |
| 63. | | | | | Sold (part) | 06/21/12 | J | A | |
| 64. | | | | | Buy | 06/26/12 | J | | |
| 65. | | | | | Buy | 07/11/12 | J | | |
| 66. | | | | | Sold | 11/14/12 | J | | |
| 67.   - McKesson Corporation | | | | | Sold (part) | 02/29/12 | J | | |
| 68. | | | | | Sold (part) | 05/21/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hall, Sarah A. | 10/21/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold | 06/21/12 | J | A | |
| 70. - Nike Inc. C1 B | | | | | Sold (part) | 02/29/12 | J | A | |
| 71. | | | | | Sold (part) | 05/21/12 | J | A | |
| 72. | | | | | Sold | 06/21/12 | J | A | |
| 73. - OGE Energy Corp. | | | | | Sold | 01/30/12 | J | A | |
| 74. - Oneok Inc. New | | | | | Sold | 02/03/12 | J | A | |
| 75. - Praxair Inc. | | | | | Sold (part) | 02/29/12 | J | A | |
| 76. | | | | | Sold (part) | 05/21/12 | J | A | |
| 77. | | | | | Sold | 06/21/12 | J | A | |
| 78. - Reynolds American Inc. | | | | | Sold | 02/03/12 | J | | |
| 79. - VF Corp. | | | | | Sold (part) | 02/29/12 | J | A | |
| 80. | | | | | Sold (part) | 05/21/12 | J | A | |
| 81. | | | | | Sold | 06/21/12 | J | A | |
| 82. | | | | | Buy | 09/24/12 | J | | |
| 83. | | | | | Sold | 11/14/12 | J | A | |
| 84. - Verizon Communications | | | | | Sold | 01/26/12 | J | | |
| 85. - Yum Brands, Inc. | | | | | Sold (part) | 02/29/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hall, Sarah A. | 10/21/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold (part) | 05/21/12 | J | A | |
| 87. | | | | | Sold (part) | 06/21/12 | J | A | |
| 88. | | | | | Buy | 07/11/12 | J | | |
| 89. | | | | | Sold | 11/14/12 | J | A | |
| 90. - BCE Inc. - CAD New | | | | | Sold | 02/03/12 | J | A | |
| 91. - British American Tobacco PLC ADR | | | | | Sold (part) | 02/29/12 | J | A | |
| 92. | | | | | Sold | 05/21/12 | J | A | |
| 93. - Rayonier Inc. REIT | | | | | Sold (part) | 02/29/12 | J | A | |
| 94. | | | | | Sold | 03/19/12 | J | A | |
| 95. - Genuine Parts Co. | | | | | Sold (part) | 02/29/12 | J | A | |
| 96. | | | | | Sold | 05/21/12 | J | A | |
| 97. - Public Storage (MD) CGMI and/or its affiliates | | | | | Sold (part) | 02/29/12 | J | A | |
| 98. | | | | | Sold | 05/21/12 | J | A | |
| 99. - Vanguard Fixed Income Sec FD GNMA Portfolio | | | | | Sold (part) | 02/29/12 | J | | |
| 100. | | | | | Buy | 05/16/12 | J | | |
| 101. | | | | | Buy | 05/21/12 | J | | |
| 102. | | | | | Buy | 07/11/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hall, Sarah A. | 10/21/2013 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Sold (part) | 11/14/12 | J | | |
| 104.   - Intel Corp. | | | | | Sold (part) | 02/29/12 | J | A | |
| 105. | | | | | Sold | 05/21/12 | J | A | |
| 106.   - Pfizer, Inc. | | | | | Sold | 02/13/12 | J | | |
| 107.   - Catepillar Inc. | | | | | Buy | 01/26/12 | J | | |
| 108. | | | | | Sold (part) | 02/29/12 | J | A | |
| 109. | | | | | Sold | 03/29/12 | J | | |
| 110.   - Occidental Petroleum Corp. | | | | | Buy | 01/26/12 | J | | |
| 111. | | | | | Sold (part) | 02/29/12 | J | A | |
| 112. | | | | | Sold | 03/29/12 | J | | |
| 113.   - CMS Energy Corp. | | | | | Buy | 01/30/12 | J | | |
| 114. | | | | | Sold (part) | 02/29/12 | J | | |
| 115. | | | | | Sold | 05/21/12 | J | A | |
| 116.   - Hershey Company | | | | | Buy | 02/03/12 | J | | |
| 117. | | | | | Sold (part) | 02/29/12 | J | | |
| 118. | | | | | Sold | 05/21/12 | J | A | |
| 119.   - Sempra Energy | | | | | Buy | 02/03/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hall, Sarah A. | 10/21/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Sold (part) | 02/29/12 | J | A | |
| 121. | | | | | Sold | 05/21/12 | J | A | |
| 122. - Telefonica Brasil SA | | | | | Buy | 02/03/12 | J | | |
| 123. | | | | | Sold (part) | 02/29/12 | J | A | |
| 124. | | | | | Sold | 05/21/12 | J | | |
| 125. - Amgen Inc. | | | | | Buy | 02/13/12 | J | | |
| 126. | | | | | Sold (part) | 02/29/12 | J | A | |
| 127. | | | | | Sold | 05/21/12 | J | A | |
| 128. - Nu-Skin Enterprises Inc. Cl A | | | | | Buy | 02/13/12 | J | | |
| 129. | | | | | Sold (part) | 02/29/12 | J | A | |
| 130. | | | | | Sold | 05/08/12 | J | | |
| 131. - Union Pacific Corp | | | | | Buy | 02/21/12 | J | | |
| 132. | | | | | Sold (part) | 02/29/12 | J | | |
| 133. | | | | | Sold | 05/21/12 | J | | |
| 134. - Main Street Capital Corp. | | | | | Buy | 03/19/12 | J | | |
| 135. | | | | | Sold (part) | 06/21/12 | J | | |
| 136. | | | | | Sold | 11/14/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hall, Sarah A. | 10/21/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137.  - SPDR Gold TR Gold Shs | | | | | Buy | 03/26/12 | J | | |
| 138. | | | | | Buy | 05/25/12 | J | | |
| 139. | | | | | Sold (part) | 07/16/12 | J | | |
| 140.  - Phillips 66 Com | | | | | Buy | 03/29/12 | J | | |
| 141. | | | | | Sold | 05/21/12 | J | | |
| 142.  - Cintas Corp | | | | | Buy | 03/29/12 | J | | |
| 143. | | | | | Sold | 05/21/12 | J | | |
| 144.  - Ecopetrol SA ADR | | | | | Buy | 03/29/12 | J | | |
| 145. | | | | | Buy | 05/21/12 | J | | |
| 146. | | | | | Buy | 07/11/12 | J | | |
| 147. | | | | | Sold | 11/14/12 | J | | |
| 148.  - Textainer Group Holdings Ltd. | | | | | Buy | 05/08/12 | J | | |
| 149. | | | | | Sold | 05/21/12 | J | | |
| 150. | | | | | Buy | 06/26/12 | J | | |
| 151. | | | | | Buy | 07/11/12 | J | | |
| 152. | | | | | Sold | 09/05/12 | J | | |
| 153.  - Eplus Inc. | | | | | Buy | 05/21/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hall, Sarah A. | 10/21/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Sold | 11/14/12 | J | A | |
| 155.  - Amtrust Financial Srv Inc. | | | | | Buy | 05/21/12 | J | | |
| 156. | | | | | Sold (part) | 09/04/12 | J | | |
| 157. | | | | | Sold (part) | 09/20/12 | J | A | |
| 158. | | | | | Sold | 11/14/12 | J | A | |
| 159.  - Ultrapar part SA Ads Pfd shs | | | | | Buy | 05/21/12 | J | | |
| 160. | | | | | Sold | 11/14/12 | J | A | |
| 161.  - Transdigm Group Inc. | | | | | Buy | 05/21/12 | J | | |
| 162. | | | | | Sold | 11/14/12 | J | A | |
| 163.  - Cirrus Logic Inc. | | | | | Buy | 05/21/12 | J | | |
| 164. | | | | | Sold | 11/14/12 | J | A | |
| 165.  - Ascena Retail Group Inc. Com | | | | | Buy | 05/21/12 | J | | |
| 166. | | | | | Buy | 07/11/12 | J | | |
| 167. | | | | | Sold | 11/14/12 | J | A | |
| 168.  - O'Reilly Automotive Inc. New | | | | | Buy | 05/21/12 | J | | |
| 169. | | | | | Sold | 06/26/12 | J | | |
| 170. | | | | | Buy | 08/08/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Sold | 09/14/12 | J | | |
| 172. - Steven Madden Ltd. | | | | | Buy | 05/21/12 | J | | |
| 173. | | | | | Sold | 07/03/12 | J | | |
| 174. - Edward Lifesciences Corp. | | | | | Buy | 05/21/12 | J | | |
| 175. | | | | | Sold | 11/14/12 | J | A | |
| 176. - Netease.com Inc. Ads | | | | | Buy | 05/21/12 | J | | |
| 177. | | | | | Buy | 07/11/12 | J | | |
| 178. | | | | | Sold | 11/14/12 | J | | |
| 179. - Old Dominion Freight Line | | | | | Buy | 05/21/12 | J | | |
| 180. | | | | | Buy | 07/11/12 | J | | |
| 181. | | | | | Sold | 08/01/12 | J | | |
| 182. | | | | | Buy | 09/25/12 | J | | |
| 183. | | | | | Sold | 11/14/12 | J | A | |
| 184. - Dorman Products, Inc. | | | | | Buy | 05/21/12 | J | | |
| 185. | | | | | Sold | 11/14/12 | J | A | |
| 186. - CF Industries Holdings Inc. | | | | | Buy | 05/21/12 | J | | |
| 187. | | | | | Sold | 11/14/12 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hall, Sarah A. | 10/21/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. - Polaris Industries Inc. | | | | | Buy | 05/21/12 | J | | |
| 189. | | | | | Buy | 05/21/12 | J | | |
| 190. | | | | | Sold | 11/14/12 | J | A | |
| 191. - Priceline.com Inc. New | | | | | Buy | 05/21/12 | J | | |
| 192. | | | | | Sold | 08/08/12 | J | | |
| 193. - Tractor Supply Co. | | | | | Buy | 05/21/12 | J | | |
| 194. | | | | | Sold | 06/26/12 | J | | |
| 195. - Perrigo Co. | | | | | Buy | 05/25/12 | J | | |
| 196. | | | | | Sold | 11/14/12 | J | A | |
| 197. - Dollar Tree Inc. | | | | | Buy | 05/21/12 | J | | |
| 198. | | | | | Sold | 10/22/12 | J | | |
| 199. - Apple Inc. | | | | | Buy | 05/21/12 | J | | |
| 200. | | | | | Sold | 11/14/12 | J | | |
| 201. - Main Street Capital Corp. | | | | | Buy | 05/21/12 | J | | |
| 202. | | | | | Sold | 11/14/12 | J | A | |
| 203. - Discover Fincl Svcs | | | | | Buy | 07/03/12 | J | | |
| 204. | | | | | Buy | 07/11/12 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hall, Sarah A. | 10/21/2013 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | Sold | 11/14/12 | J | A | |
| 206. - Novo Nordisk A/S ADR | | | | | Buy | 07/11/12 | J | | |
| 207. | | | | | Sold | 11/14/12 | J | A | |
| 208. - Simon Ppty Group Inc. | | | | | Buy | 08/01/12 | J | | |
| 209. | | | | | Sold | 09/25/12 | J | | |
| 210. - Zillow Inc. | | | | | Buy | 09/04/12 | J | | |
| 211. | | | | | Sold | 10/04/12 | J | | |
| 212. - Francescas Holdgs Corp Com | | | | | Buy | 09/12/12 | J | | |
| 213. | | | | | Sold | 11/14/12 | J | | |
| 214. - Commvault Systems, Inc. | | | | | Buy | 09/14/12 | J | | |
| 215. | | | | | Sold | 11/14/12 | J | A | |
| 216. - Cyberonics Corp. | | | | | Buy | 09/14/12 | J | | |
| 217. | | | | | Sold | 11/14/12 | J | | |
| 218. - Autonation Inc. | | | | | Buy | 10/04/12 | J | | |
| 219. | | | | | Sold | 11/14/12 | J | | |
| 220. - Family Dollar Stores | | | | | Buy | 10/22/12 | J | | |
| 221. | | | | | Sold | 11/14/12 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hall, Sarah A. | 10/21/2013 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. - Amer. Cent. Inflat. Adj Trea Inv. | | | | | Buy | 11/14/12 | K | | |
| 223. IRA #1 [all assets transferred to IRA #2 as distributions] | A | Dividend | | | | | J | | |
| 224. - Dreyfus Money Market Instrs Inc. Govt Sec Series Fund | | | | | Distributed | 01/10/12 | J | | |
| 225. - PIMCO Total Return Fund CLP | | | | | Distributed | 01/10/12 | J | | |
| 226. - Templeton Global Bond Fund Advisor Class | | | | | Distributed | 01/10/12 | J | | |
| 227. - ACE Limited | | | | | Distributed | 01/10/12 | J | | |
| 228. - Canadian National Railway Co. | | | | | Distributed | 01/10/12 | J | | |
| 229. - Chevron Corp. | | | | | Distributed | 01/10/12 | J | | |
| 230. - Coca Cola Co. | | | | | Distributed | 01/10/12 | J | | |
| 231. - Companhia de Bebidas Das Amers Spons ADR | | | | | Distributed | 01/10/12 | J | | |
| 232. - ConocoPhillips | | | | | Distributed | 01/10/12 | J | | |
| 233. - Enbridge Inc. | | | | | Distributed | 01/10/12 | J | | |
| 234. - WW Grainger Inc. | | | | | Distributed | 01/10/12 | J | | |
| 235. - International Business Machines Corp. | | | | | Distributed | 01/10/12 | J | | |
| 236. - McKesson Corp. | | | | | Distributed | 01/10/12 | J | | |
| 237. - Nike Inc. Cl. B | | | | | Distributed | 01/10/12 | J | | |
| 238. - OGE Energy Corp. | | | | | Distributed | 01/10/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. - ONEOK, Inc. New | | | | | Distributed | 01/10/12 | J | | |
| 240. - Praxair, Inc. | | | | | Distributed | 01/10/12 | J | | |
| 241. - Reynolds American Inc. | | | | | Distributed | 01/10/12 | J | | |
| 242. - VF Corp. | | | | | Distributed | 01/10/12 | J | | |
| 243. - Verizon Communications | | | | | Distributed | 01/10/12 | J | | |
| 244. - Yum Brands, Inc. | | | | | Distributed | 01/10/12 | J | | |
| 245. - BCE Inc. CAD New | | | | | Distributed | 01/10/12 | J | | |
| 246. - British American Tobacco PLC ADR | | | | | Distributed | 01/10/12 | J | | |
| 247. - Rayonier Inc. REIT | | | | | Distributed | 01/10/12 | J | | |
| 248. - Genuine Parts Co. | | | | | Distributed | 01/10/12 | J | | |
| 249. - Public Storage (MD) | | | | | Distributed | 01/10/12 | J | | |
| 250. - Vanguard Fixed Income Sec Fd GNMA Portfolio | | | | | Distributed | 01/10/12 | J | | |
| 251. - Lord Abbett Short Duration Income FD Cl F | | | | | Distributed | 01/10/12 | J | | |
| 252. - Intel Corp. | | | | | Distributed | 01/10/12 | J | | |
| 253. - Pfizer, Inc. | | | | | Distributed | 01/10/12 | J | | |
| 254. IRA #2 - (1) Type blanks -- transfers from IRA #1 & #3 | C | Dividend | N | T | | | | | |
| 255. - Lord Abbett Short Duration Income Fd Cl F | | | | | | 01/10/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hall, Sarah A. | 10/21/2013 |

## VII. INVESTMENTS and TRUSTS — _income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. | | | | | | 01/10/12 | J | | |
| 257. | | | | | Buy | 05/16/12 | J | | |
| 258. | | | | | Buy | 05/21/12 | J | | |
| 259. | | | | | Buy | 07/11/12 | J | | |
| 260. | | | | | Sold (part) | 11/14/12 | J | A | |
| 261. - Pimco Total Return Fund CL P | | | | | | 01/10/12 | J | | |
| 262. | | | | | | 01/10/12 | J | | |
| 263. | | | | | Buy | 05/16/12 | K | | |
| 264. | | | | | Buy | 05/21/12 | J | | |
| 265. | | | | | Buy | 07/11/12 | J | | |
| 266. | | | | | Sold (part) | 11/14/12 | J | A | |
| 267. - Templeton Global Bond Fund | | | | | | 01/10/12 | J | | |
| 268. | | | | | | 01/10/12 | J | | |
| 269. | | | | | Sold | 05/15/12 | J | | |
| 270. | | | | | Buy | 11/14/12 | K | | |
| 271. - Cash and Money Market Funds (See Part VIII) | | | | | | 01/10/12 | J | | |
| 272. | | | | | | 01/11/12 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hall, Sarah A. | 10/21/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273.  - Canadian National RR Ltd. | | | | | | 01/10/12 | J | | |
| 274. | | | | | Sold | 02/21/12 | J | A | |
| 275.  - ACE Limited | | | | | | 01/10/12 | J | | |
| 276. | | | | | Sold (part) | 05/21/12 | J | A | |
| 277. | | | | | Sold | 06/21/12 | J | A | |
| 278.  - BCE Inc. | | | | | | 01/10/12 | J | | |
| 279. | | | | | Sold | 02/03/12 | J | A | |
| 280.  - British American Tobacco PLC | | | | | | 01/10/12 | J | | |
| 281. | | | | | Sold | 05/21/12 | J | A | |
| 282.  - Chevron Corp. | | | | | | 01/10/12 | J | | |
| 283. | | | | | Sold | 03/29/12 | J | A | |
| 284.  - Coca-Cola Co. | | | | | | 01/10/12 | J | | |
| 285. | | | | | Sold | 02/14/12 | J | A | |
| 286.  - Companhia De Bebidas Das Amers Spons ADR | | | | | | 01/10/12 | J | | |
| 287.  - ConocoPhillips | | | | | | 01/10/12 | J | | |
| 288. | | | | | Sold | 01/26/12 | J | A | |
| 289. | | | | | Buy | 03/29/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hall, Sarah A. | 10/21/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. | | | | | Sold | 05/21/12 | J | | |
| 291.  - Enbridge Inc. | | | | | | 01/10/12 | J | | |
| 292. | | | | | Sold | 05/21/12 | J | A | |
| 293. | | | | | Buy | 06/28/12 | J | | |
| 294. | | | | | Buy | 07/11/12 | J | | |
| 295. | | | | | Sold | 09/14/12 | J | A | |
| 296.  - Genuine Parts Co. | | | | | | 01/10/12 | J | | |
| 297. | | | | | Sold | 05/21/12 | J | A | |
| 298.  - WW Grainger Inc. | | | | | | 01/10/12 | J | | |
| 299. | | | | | Buy | 05/21/12 | J | | |
| 300. | | | | | Sold (part) | 06/21/12 | J | A | |
| 301. | | | | | Sold | 06/26/12 | J | A | |
| 302.  - International Business Machines Corp. | | | | | | 01/10/12 | J | | |
| 303. | | | | | Sold (part) | 05/21/12 | J | A | |
| 304. | | | | | Sold (part) | 06/21/12 | J | A | |
| 305. | | | | | Buy | 06/26/12 | J | | |
| 306. | | | | | Buy | 07/11/12 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hall, Sarah A. | 10/21/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. | | | | | Sold | 11/14/12 | J | | |
| 308.  - McKesson Corp. | | | | | | 01/10/12 | J | | |
| 309. | | | | | Sold (part) | 05/21/12 | J | A | |
| 310. | | | | | Sold | 06/21/12 | J | A | |
| 311.  - Nike, Inc. Cl B | | | | | | 01/10/12 | J | | |
| 312. | | | | | Sold (part) | 05/21/12 | J | A | |
| 313. | | | | | Sold | 06/21/12 | J | A | |
| 314.  - OGE Energy Corp. | | | | | | 01/10/12 | J | | |
| 315. | | | | | Sold | 01/30/12 | J | A | |
| 316.  - Oneok Inc. New | | | | | | 01/10/12 | J | | |
| 317. | | | | | Sold | 02/03/12 | J | A | |
| 318.  - Praxair Inc. | | | | | | 01/10/12 | J | | |
| 319. | | | | | Sold (part) | 05/21/12 | J | A | |
| 320. | | | | | Sold | 06/21/12 | J | A | |
| 321.  - Public Storage (MD) | | | | | | 01/10/12 | J | | |
| 322. | | | | | Sold | 05/21/12 | J | A | |
| 323.  - Rayonier Inc. (REIT) | | | | | | 01/10/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hall, Sarah A. | 10/21/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. | | | | | Sold | 03/19/12 | J | A | |
| 325. - Reynolds American Inc. | | | | | | 01/10/12 | J | | |
| 326. | | | | | Sold | 02/03/12 | J | A | |
| 327. - VF Corp. | | | | | | 01/10/12 | J | | |
| 328. | | | | | Sold (part) | 05/21/12 | J | A | |
| 329. | | | | | Sold | 06/21/12 | J | A | |
| 330. | | | | | Buy | 09/04/12 | J | | |
| 331. | | | | | Sold | 11/14/12 | J | A | |
| 332. - Verizon Communications | | | | | | 01/10/12 | J | | |
| 333. | | | | | Sold | 01/26/12 | J | A | |
| 334. - YUM Brands, Inc. | | | | | | 01/10/12 | J | | |
| 335. | | | | | Buy | 05/21/12 | J | | |
| 336. | | | | | Sold (part) | 06/21/12 | J | A | |
| 337. | | | | | Buy | 07/11/12 | J | | |
| 338. | | | | | Sold | 11/14/12 | J | A | |
| 339. - Vanguard Fixed Income Sec Fund GNMA Portfolio | | | | | | 01/10/12 | J | | |
| 340. | | | | | | 01/10/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hall, Sarah A. | 10/21/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. | | | | | Buy | 05/16/12 | J | | |
| 342. | | | | | Buy | 05/21/12 | J | | |
| 343. | | | | | Buy | 07/11/12 | J | | |
| 344. | | | | | Sold (part) | 11/14/12 | J | | |
| 345.  - Intel Corp. | | | | | | 01/10/12 | J | | |
| 346. | | | | | Sold | 05/21/12 | J | A | |
| 347.  - Pfizer, Inc. | | | | | | 01/10/12 | J | | |
| 348. | | | | | Sold | 02/13/12 | J | | |
| 349.  - Dollar Tree, Inc. | | | | | | 01/10/12 | J | | |
| 350. | | | | | Buy | 05/21/12 | J | | |
| 351. | | | | | Sold | 10/22/12 | J | | |
| 352.  - Helmerich & Payne Inc. | | | | | | 01/10/12 | J | | |
| 353. | | | | | Sold | 05/21/12 | J | | |
| 354.  - Madden Steven Ltd. | | | | | | 01/10/12 | J | | |
| 355. | | | | | Buy | 05/21/12 | J | | |
| 356. | | | | | Sold | 07/09/12 | J | | |
| 357.  - Novo-Nordisk A S ADR | | | | | | 01/10/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hall, Sarah A. | 10/21/2013 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. | | | | | Sold | 05/21/12 | J | A | |
| 359. | | | | | Buy | 07/11/12 | J | | |
| 360. | | | | | Sold | 11/14/12 | J | A | |
| 361.  - Old Dominion Freight Line, Inc. | | | | | | 01/10/12 | J | | |
| 362. | | | | | Buy | 05/21/12 | J | | |
| 363. | | | | | Buy | 07/11/12 | J | | |
| 364. | | | | | Sold | 08/01/12 | J | | |
| 365. | | | | | Buy | 09/25/12 | J | | |
| 366. | | | | | Sold | 11/14/12 | J | A | |
| 367.  - Perrigo Company | | | | | | 01/10/12 | J | | |
| 368. | | | | | Buy | 05/21/12 | J | | |
| 369. | | | | | Sold | 11/14/12 | J | A | |
| 370.  - Apple Inc. | | | | | | 01/10/12 | J | | |
| 371. | | | | | Buy | 05/21/12 | J | | |
| 372. | | | | | Sold | 11/14/12 | J | A | |
| 373.  - Ultrapar Participacoes SA Spons ADR Repstg Ord Shs | | | | | | 01/10/12 | J | | |
| 374. | | | | | Buy | 05/21/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hall, Sarah A. | 10/21/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. | | | | | Sold | 11/14/12 | J | A | |
| 376. - Airgas, Inc. | | | | | | 01/10/12 | J | | |
| 377. | | | | | Sold | 05/10/12 | J | A | |
| 378. - Alergan Inc. | | | | | | 01/10/12 | J | | |
| 379. | | | | | Sold | 05/21/12 | J | A | |
| 380. - Ascena Retail Group Inc. | | | | | | 01/10/12 | J | | |
| 381. | | | | | Buy | 05/21/12 | J | | |
| 382. | | | | | Buy | 07/11/12 | J | | |
| 383. | | | | | Sold | 11/14/12 | J | A | |
| 384. - Big Lots, Inc. | | | | | | 01/10/12 | J | | |
| 385. | | | | | Sold | 05/21/12 | J | | |
| 386. - Concho Resources, Inc. | | | | | | 01/10/12 | J | | |
| 387. | | | | | Sold | 05/21/12 | J | A | |
| 388. - Devon Energy Corp. | | | | | | 01/10/12 | J | | |
| 389. | | | | | Sold | 05/21/12 | J | A | |
| 390. - Dorman Products, Inc. | | | | | | 01/10/12 | J | | |
| 391. | | | | | Buy | 05/21/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hall, Sarah A. | 10/21/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. | | | | | Sold | 11/14/12 | J | B | |
| 393. - Eplus, Inc. | | | | | | 01/10/12 | J | | |
| 394. | | | | | Buy | 05/21/12 | J | | |
| 395. | | | | | Sold | 11/14/12 | J | B | |
| 396. - Fastenal Co. | | | | | | 01/10/12 | J | | |
| 397. | | | | | Sold | 05/21/12 | J | | |
| 398. - Gardner Denver Inc. | | | | | | 01/10/12 | J | | |
| 399. | | | | | Sold | 05/21/12 | J | | |
| 400. - Indexx Laboratories Inc. | | | | | | 01/10/12 | J | | |
| 401. | | | | | Sold | 05/21/12 | J | A | |
| 402. - Netease.com Inc. ADR | | | | | | 01/10/12 | J | | |
| 403. | | | | | Buy | 05/21/12 | J | | |
| 404. | | | | | Buy | 07/11/12 | J | | |
| 405. | | | | | Sold | 11/14/12 | J | A | |
| 406. - Noble Energy Inc. | | | | | | 01/10/12 | J | | |
| 407. | | | | | Sold | 05/21/12 | J | | |
| 408. - Open Text Corp. | | | | | | 01/10/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 409. | | | | | Sold | 05/21/12 | J | A | |
| 410. - Ralph Lauren Corp. Cl. A | | | | | | 01/10/12 | J | | |
| 411. | | | | | Sold | 05/21/12 | J | A | |
| 412. - Robbins & Myers Inc. | | | | | | 01/10/12 | J | | |
| 413. | | | | | Sold | 05/21/12 | J | | |
| 414. - Wolverine World-Wide Inc. | | | | | | 01/10/12 | J | | |
| 415. | | | | | Sold | 05/21/12 | J | A | |
| 416. - Caterpillar Inc. | | | | | Buy | 01/26/12 | J | | |
| 417. | | | | | Sold | 03/29/12 | J | | |
| 418. - Occidental Petroleum Corp. | | | | | Buy | 01/26/12 | J | | |
| 419. | | | | | Sold | 03/29/12 | J | | |
| 420. - CMS Energy Corp. | | | | | Buy | 01/30/12 | J | | |
| 421. | | | | | Sold | 05/21/12 | J | A | |
| 422. - Hershey Company | | | | | Buy | 02/03/12 | J | | |
| 423. | | | | | Sold | 05/21/12 | J | A | |
| 424. - Sempra Energy | | | | | Buy | 02/03/12 | J | | |
| 425. | | | | | Sold | 05/21/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 426. - Telefonica Brasil SA | | | | | Buy | 02/03/12 | J | | |
| 427. | | | | | Sold | 05/21/12 | J | | |
| 428. - Amgen Inc. | | | | | Buy | 02/13/12 | J | | |
| 429. | | | | | Sold | 05/21/12 | J | A | |
| 430. - Nu Skin Enterprises Inc. | | | | | Buy | 02/13/12 | J | | |
| 431. | | | | | Sold | 05/08/12 | J | | |
| 432. - Union Pacific Corp. | | | | | Buy | 02/21/12 | J | | |
| 433. | | | | | Sold | 05/21/12 | J | | |
| 434. - Main Street Capital Corp. | | | | | Buy | 03/19/12 | J | | |
| 435. | | | | | Buy | 05/21/12 | J | | |
| 436. | | | | | Sold (part) | 06/21/12 | J | | |
| 437. | | | | | Sold | 11/14/12 | J | A | |
| 438. - SPDR Gold Tr Gold Shs | | | | | Buy | 03/26/12 | J | | |
| 439. | | | | | Buy | 05/21/12 | J | | |
| 440. | | | | | Buy | 11/14/12 | K | | |
| 441. - Cintas Corp. | | | | | Buy | 03/29/12 | J | | |
| 442. | | | | | Sold | 05/21/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 30 of 54

Name of Person Reporting

Hall, Sarah A.

Date of Report

10/21/2013

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 443. - Ecopetrol SA ADR | | | | | Buy | 03/29/12 | J | | |
| 444. | | | | | Buy | 05/21/12 | J | | |
| 445. | | | | | Buy | 07/11/12 | J | | |
| 446. | | | | | Sold | 11/14/12 | J | | |
| 447. - Textainer Group Holdings Inc. | | | | | Buy | 05/11/12 | J | | |
| 448. | | | | | Sold | 05/21/12 | J | | |
| 449. | | | | | Buy | 06/28/12 | J | | |
| 450. | | | | | Buy | 07/11/12 | J | | |
| 451. | | | | | Sold | 09/05/12 | J | | |
| 452. - Phillips 66 Com | | | | | Buy | 03/29/12 | J | | |
| 453. | | | | | Sold | 05/21/12 | J | | |
| 454. - Amtrust Financial Serv. Inc. | | | | | Buy | 05/21/12 | J | | |
| 455. | | | | | Sold (part) | 09/04/12 | J | | |
| 456. | | | | | Sold | 11/14/12 | J | A | |
| 457. - Cirrus Logic Inc. | | | | | Buy | 05/21/12 | J | | |
| 458. | | | | | Sold | 11/14/12 | J | A | |
| 459. - O'Reilly Automotive Inc. New | | | | | Buy | 05/21/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 31 of 54

Name of Person Reporting

Hall, Sarah A.

Date of Report

10/21/2013

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 460. | | | | | Sold | 06/28/12 | J | | |
| 461. | | | | | Buy | 08/08/12 | J | | |
| 462. | | | | | Sold | 09/14/12 | J | | |
| 463. - CF Industries Holdings, Inc. | | | | | Buy | 05/21/12 | J | | |
| 464. | | | | | Sold | 11/14/12 | J | A | |
| 465. - Tractor Supply Co. | | | | | Buy | 05/21/12 | J | | |
| 466. | | | | | Sold | 06/28/12 | J | | |
| 467. - Transdigm Group, Inc. | | | | | Buy | 05/21/12 | J | | |
| 468. | | | | | Sold | 11/14/12 | J | A | |
| 469. - Polaris Industries Inc. | | | | | Buy | 05/21/12 | J | | |
| 470. | | | | | Buy | 07/11/12 | J | | |
| 471. | | | | | Sold | 11/14/12 | J | A | |
| 472. - Edward Lifesciences Corp. | | | | | Buy | 05/21/12 | J | | |
| 473. | | | | | Sold | 11/14/12 | J | A | |
| 474. - Priceline.com Inc. New | | | | | Buy | 05/21/12 | J | | |
| 475. | | | | | Sold | 08/08/12 | J | | |
| 476. - Comp de Beb Ambev Sp ADR | | | | | Buy | 05/21/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 32 of 54

Name of Person Reporting

Hall, Sarah A.

Date of Report

10/21/2013

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 477. | | | | | Sold (part) | 06/21/12 | J | | |
| 478. | | | | | Sold | 07/16/12 | J | | |
| 479. | | | | | Buy | 07/11/12 | J | | |
| 480. | | | | | Sold | 09/12/12 | J | A | |
| 481. - Discover Fincl Svcs | | | | | Buy | 07/03/12 | J | | |
| 482. | | | | | Buy | 07/11/12 | J | | |
| 483. | | | | | Sold | 11/14/12 | J | A | |
| 484. - Simon Ppty Group, Inc. | | | | | Buy | 08/01/12 | J | | |
| 485. | | | | | Sold | 09/25/12 | J | | |
| 486. - Zillow Inc. | | | | | Buy | 09/04/12 | J | | |
| 487. | | | | | Sold | 10/04/12 | J | | |
| 488. - Francescas Holdgs Corp. Com | | | | | Buy | 09/12/12 | J | | |
| 489. | | | | | Sold | 11/14/12 | J | | |
| 490. - Commvault Systems, Inc. | | | | | Buy | 09/14/12 | J | | |
| 491. | | | | | Sold | 11/14/12 | J | | |
| 492. - Cyberonics corp. | | | | | Buy | 09/14/12 | J | | |
| 493. | | | | | Sold | 11/14/12 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 33 of 54

**Name of Person Reporting**

Hall, Sarah A.

**Date of Report**

10/21/2013

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 494. - Autonation Inc. | | | | | Buy | 11/14/12 | J | | |
| 495. | | | | | Sold | 11/14/12 | J | | |
| 496. - Family Dollar Stores | | | | | Buy | 10/22/12 | J | | |
| 497. | | | | | Sold | 11/14/12 | J | A | |
| 498. - Amer Cent Inflat Adj Trea Inv | | | | | Buy | 11/14/12 | K | | |
| 499. - PIMCO Unconstrained Bond P | | | | | Buy | 11/14/12 | K | | |
| 500. | | | | | | | | | |
| 501. IRA #3 [all assets transferred to IRA #2 as distributions] | A | Dividend | | | | | J | | |
| 502. - Dreyfus Money Market Instruments, Inc. | | | | | Distributed | 01/10/12 | J | | |
| 503. - Dollar Tree, Inc. | | | | | Distributed | 01/10/12 | J | | |
| 504. - Helmerich & Payne Inc. | | | | | Distributed | 01/10/12 | J | | |
| 505. - Madden Steven Ltd. | | | | | Distributed | 01/10/12 | J | | |
| 506. - Nike Inc. CL B | | | | | Distributed | 01/10/12 | J | | |
| 507. - Novo-Nordisk A S ADR | | | | | Distributed | 01/10/12 | J | | |
| 508. - Old Dominion Fght Lines, Inc. | | | | | Distributed | 01/10/12 | J | | |
| 509. - Perrigo Company | | | | | Distributed | 01/10/12 | J | | |
| 510. - Apple Inc. | | | | | Distributed | 01/10/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 34 of 54

Name of Person Reporting

Hall, Sarah A.

Date of Report

10/21/2013

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 511. - Ultrapar Participacoes SA Spons ADR Repstg Ord Shs | | | | | Distributed | 01/10/12 | J | | |
| 512. - Vanguard Fixed Income Sec FD GNMA Portfolio | | | | | Distributed | 01/10/12 | J | | |
| 513. - Lord Abbett Short Duation Income Fd Cl F | | | | | Distributed | 01/10/12 | J | | |
| 514. - PIMCO Total Return Fund CL P | | | | | Distributed | 01/10/12 | J | | |
| 515. - Templeton Global Bond Fund Advisor Class | | | | | Distributed | 01/10/12 | J | | |
| 516. - Airgas, Inc. | | | | | Distributed | 01/10/12 | J | | |
| 517. - Allergan Inc. | | | | | Distributed | 01/10/12 | J | | |
| 518. - Ascena Retail Group Inc. | | | | | Distributed | 01/10/12 | J | | |
| 519. - Big Lots, Inc. | | | | | Distributed | 01/10/12 | J | | |
| 520. - Concho Resources, Inc. | | | | | Distributed | 01/10/12 | J | | |
| 521. - Devon Energy Corp. New | | | | | Distributed | 01/10/12 | J | | |
| 522. - Dorman Products, Inc. | | | | | Distributed | 01/10/12 | J | | |
| 523. - Eplus, Inc. | | | | | Distributed | 01/10/12 | J | | |
| 524. - Fastenal Co. | | | | | Distributed | 01/10/12 | J | | |
| 525. - Gardner Denver Inc. | | | | | Distributed | 01/10/12 | J | | |
| 526. - Indexx Laboratories Inc. | | | | | Distributed | 01/10/12 | J | | |
| 527. - Netease.com Inc. ADR | | | | | Distributed | 01/10/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 35 of 54

Name of Person Reporting

Hall, Sarah A.

Date of Report

10/21/2013

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ **NONE** *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 528.  - Noble Energy Inc. | | | | | Distributed | 01/10/12 | J | | |
| 529.  - Open Text Corp. | | | | | Distributed | 01/10/12 | J | | |
| 530.  - Ralph Lauren Corp. Cl. A | | | | | Distributed | 01/10/12 | J | | |
| 531.  - Robbins & Myers Inc. | | | | | Distributed | 01/10/12 | J | | |
| 532.  - Wolverine World-Wide Inc. | | | | | Distributed | 01/10/12 | J | | |
| 533.  TRUST #2 ▨ (SEP IRA #2) | D | Dividend | O | T | | | | | |
| 534.  - MidFirst Bank | | | | | | | | | |
| 535.  - Apple, Inc. Common Stock | | | | | Buy | 02/10/12 | J | | |
| 536. | | | | | Sold | 04/19/12 | J | A | |
| 537. | | | | | Buy | 05/21/12 | J | | |
| 538. | | | | | Sold | 09/10/12 | J | C | |
| 539.  - Devon Energy Corp. Common Stock | | | | | Buy | 02/10/12 | J | | |
| 540. | | | | | Sold | 05/08/12 | J | A | |
| 541.  - PIMCO Total Return Fund CL P | | | | | Buy | 02/10/12 | J | | |
| 542. | | | | | Buy | 05/16/12 | J | | |
| 543. | | | | | Sold (part) | 05/21/12 | J | A | |
| 544. | | | | | Buy | 07/11/12 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

Name of Person Reporting

Hall, Sarah A.

Date of Report

10/21/2013

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 545. | | | | | Sold (part) | 09/10/12 | K | A | |
| 546.  - Templeton Global Bond Fund Advisor Class | | | | | Buy | 02/10/12 | J | | |
| 547. | | | | | Sold | 05/16/12 | K | | |
| 548. | | | | | Buy | 09/10/12 | K | | |
| 549.  - Cash and Money Market Funds (see Part VIII) | | | | | Open | 01/30/12 | K | | |
| 550.  - Reynolds American, Inc. | | | | | Sold | 02/03/12 | J | A | |
| 551.  - Lord Abbett Short Duration Income FD C1 F | | | | | Buy | 02/10/12 | J | | |
| 552. | | | | | Buy | 05/16/12 | J | | |
| 553. | | | | | Buy | 05/21/12 | J | | |
| 554. | | | | | Buy | 07/11/12 | K | | |
| 555. | | | | | Sold (part) | 08/10/12 | K | A | |
| 556.  - Vanguard Fixed Income Sec FD GNMA Portfolio | | | | | Buy | 02/10/12 | J | | |
| 557. | | | | | Buy | 05/16/12 | J | | |
| 558. | | | | | Buy | 05/21/12 | J | | |
| 559. | | | | | Buy | 07/11/12 | K | | |
| 560. | | | | | Sold | 09/10/12 | L | | |
| 561.  - Airgas Inc. | | | | | Buy | 02/10/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 37 of 54

Name of Person Reporting

Hall, Sarah A.

Date of Report

10/21/2013

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 562. | | | | | Sold | 05/21/12 | J | A | |
| 563.   - Allergan Inc. | | | | | Buy | 02/10/12 | J | | |
| 564. | | | | | Sold | 05/21/12 | J | A | |
| 565.   - Ascena Retail Group | | | | | Buy | 02/10/12 | J | | |
| 566. | | | | | Sold (part) | 05/21/12 | J | A | |
| 567. | | | | | Buy | 07/11/12 | J | | |
| 568. | | | | | Sold | 09/10/12 | J | C | |
| 569.   - Big Lots Inc. | | | | | Buy | 02/10/12 | J | | |
| 570. | | | | | Sold | 04/26/12 | J | | |
| 571.   - Concho Resources Inc. | | | | | Buy | 02/10/12 | J | | |
| 572. | | | | | Sold | 05/08/12 | J | | |
| 573.   - Dollar Tree Inc. | | | | | Buy | 02/10/12 | J | | |
| 574. | | | | | Sold (part) | 05/21/12 | J | A | |
| 575. | | | | | Sold | 09/10/12 | J | B | |
| 576.   - Dorman Products Inc. | | | | | Buy | 02/10/12 | J | | |
| 577. | | | | | Sold (part) | 05/21/12 | J | A | |
| 578. | | | | | Sold | 09/10/12 | J | C | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 579.  - Eplus, Inc. | | | | | Buy | 02/10/12 | J | | |
| 580. | | | | | Sold (part) | 05/21/12 | J | A | |
| 581. | | | | | Sold | 09/10/12 | J | B | |
| 582.  - Fastenal Co. | | | | | Buy | 02/10/12 | J | | |
| 583. | | | | | Sold | 05/21/12 | J | | |
| 584.  - Gardner Denver Inc. | | | | | Buy | 02/10/12 | J | | |
| 585. | | | | | Sold | 02/13/12 | J | | |
| 586.  - Helmerich & Payne | | | | | Buy | 02/10/12 | J | | |
| 587. | | | | | Sold | 03/19/12 | J | A | |
| 588.  - Indexx Laboratories Inc. | | | | | Buy | 02/10/12 | J | | |
| 589. | | | | | Sold | 05/21/12 | J | A | |
| 590.  - Madden Steven Ltd. | | | | | Buy | 02/10/12 | J | | |
| 591. | | | | | Sold (part) | 05/21/12 | J | A | |
| 592. | | | | | Sold | 07/03/12 | J | | |
| 593.  - Netease.com Inc. ADR | | | | | Buy | 02/10/12 | J | | |
| 594. | | | | | Sold (part) | 05/21/12 | J | A | |
| 595. | | | | | Buy | 07/11/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 596. | | | | | Sold | 09/10/12 | J | A | |
| 597.  - Noble Energy, Inc. | | | | | Buy | 02/10/12 | J | | |
| 598. | | | | | Sold | 05/08/12 | J | | |
| 599.  - Novo-Nordisk A S ADR | | | | | Buy | 02/10/12 | J | | |
| 600. | | | | | Sold (part) | 05/21/12 | J | A | |
| 601. | | | | | Sold | 09/10/12 | J | C | |
| 602.  - Old Dominion Fght Lines Inc. | | | | | Buy | 02/10/12 | J | | |
| 603. | | | | | Buy | 07/11/12 | J | | |
| 604. | | | | | Sold | 08/01/12 | J | | |
| 605.  - Open Text Corp. | | | | | Buy | 02/10/12 | J | | |
| 606. | | | | | Sold | 05/04/12 | J | | |
| 607.  - Perrigo Company | | | | | Sold | 02/03/12 | J | | |
| 608. | | | | | Buy | 05/21/12 | J | | |
| 609. | | | | | Sold | 09/10/12 | J | B | |
| 610.  - Ralph Lauren Corp. | | | | | Buy | 02/10/12 | J | | |
| 611. | | | | | Sold | 05/21/12 | J | A | |
| 612.  - Robbins & Myers Inc. | | | | | Buy | 02/10/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 613. | | | | | Sold | 03/13/12 | J | | |
| 614.   - Ultrapar Participacoes SA Spons ADR Restg Ord SHS | | | | | Buy | 02/10/12 | J | | |
| 615. | | | | | Sold (part) | 05/21/12 | J | A | |
| 616. | | | | | Sold | 09/10/12 | J | B | |
| 617.   - Wolverine World-Wide, Inc. | | | | | Buy | 02/10/12 | J | | |
| 618. | | | | | Sold | 05/21/12 | J | B | |
| 619.   - Overriding Royalty Interest, Scott, KS | | | | | | | | | |
| 620.   - Edwards Lifesciences Corp. | | | | | Buy | 02/03/12 | J | | |
| 621. | | | | | Buy | 02/10/12 | J | | |
| 622. | | | | | Sold | 09/10/12 | J | C | |
| 623.   - Chicago Bridge & Iron NV Shs | | | | | Buy | 02/10/12 | J | | |
| 624. | | | | | Sold | 05/08/12 | J | | |
| 625.   - Lincoln Electric Co Holdings Inc. (New) | | | | | Buy | 03/13/12 | J | | |
| 626. | | | | | Sold | 05/21/12 | J | A | |
| 627.   - Oceaneering Internatonal Inc. | | | | | Buy | 03/19/12 | J | | |
| 628. | | | | | Sold | 05/21/12 | J | | |
| 629.   - SPDR Gold Tr Gold Shs | | | | | Buy | 03/26/12 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 630. | | | | | Buy | 05/21/12 | J | | |
| 631. | | | | | Sold | 07/16/12 | K | | |
| 632. - United Health Group Inc. | | | | | Buy | 04/26/12 | J | | |
| 633. | | | | | Sold | 05/21/12 | J | | |
| 634. - ASMIL Holding N.V. New | | | | | Buy | 05/04/12 | J | | |
| 635. | | | | | Sold | 05/21/12 | J | | |
| 636. - Discover Financial Servs | | | | | Buy | 05/08/12 | J | | |
| 637. | | | | | Sold | 05/21/12 | J | | |
| 638. | | | | | Buy | 07/03/12 | J | | |
| 639. | | | | | Buy | 07/11/12 | J | | |
| 640. | | | | | Sold | 09/10/12 | J | A | |
| 641. - Polaris Industries Inc. | | | | | Buy | 05/08/12 | J | | |
| 642. | | | | | Buy | 05/21/12 | J | | |
| 643. | | | | | Buy | 07/11/12 | J | | |
| 644. | | | | | Sold | 09/10/12 | J | A | |
| 645. - Tractor Supply Co. | | | | | Buy | 05/08/12 | J | | |
| 646. | | | | | Buy | 05/21/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 647. | | | | | Sold | 06/28/12 | J | | |
| 648. - Ametek Inc. New | | | | | Buy | 05/08/12 | J | | |
| 649. | | | | | Sold | 05/21/12 | J | | |
| 650. - Main Street Capital Corp. | | | | | Buy | 05/21/12 | J | | |
| 651. | | | | | Sold | 09/10/12 | J | B | |
| 652. | | | | | Buy | 12/28/12 | J | | |
| 653. - Amtrust Financial Srv Inc. | | | | | Buy | 05/21/12 | J | | |
| 654. | | | | | Sold (part) | 09/04/12 | J | | |
| 655. | | | | | Sold (part) | 09/20/12 | J | A | |
| 656. | | | | | Sold | 11/14/12 | J | A | |
| 657. - Ecopetrol SA Sponsored ADS | | | | | Buy | 05/21/12 | J | | |
| 658. | | | | | Buy | 07/11/12 | J | | |
| 659. | | | | | Sold | 09/10/12 | J | A | |
| 660. - CF Industries Holdings, Inc. | | | | | Buy | 05/21/12 | J | | |
| 661. | | | | | Sold | 09/10/12 | J | C | |
| 662. - Comp De Beb Ambev Sp ADR | | | | | Buy | 05/21/12 | J | | |
| 663. | | | | | Sold (part) | 06/21/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

Hall, Sarah A.

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 664. | | | | | Buy | 07/11/12 | J | | |
| 665. | | | | | Sold | 09/10/12 | J | | |
| 666. - Cirrus Logic Inc. | | | | | Buy | 05/21/12 | J | | |
| 667. | | | | | Buy | 07/11/12 | J | | |
| 668. | | | | | Sold | 09/10/12 | K | D | |
| 669. - Yum Brands Inc. | | | | | Buy | 05/21/12 | J | | |
| 670. | | | | | Buy | 07/11/12 | J | | |
| 671. | | | | | Sold | 09/10/12 | J | | |
| 672. - Priceline.com Inc. New | | | | | Buy | 05/21/12 | J | | |
| 673. | | | | | Sold | 08/08/12 | J | | |
| 674. - O'Reilly Automotive Inc. New | | | | | Buy | 05/21/12 | J | | |
| 675. | | | | | Sold | 06/28/12 | J | | |
| 676. | | | | | Buy | 08/08/12 | J | | |
| 677. | | | | | Sold | 09/10/12 | J | | |
| 678. - Transdigm Group, Inc. | | | | | Buy | 05/21/12 | J | | |
| 679. | | | | | Sold | 09/10/12 | J | C | |
| 680. - WW Grainger Inc. | | | | | Buy | 05/21/12 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

Name of Person Reporting

Date of Report

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 681. | | | | | Sold | 06/18/12 | J | | |
| 682. - International Business Machines Corp. | | | | | Buy | 06/18/12 | J | | |
| 683. | | | | | Buy | 07/17/12 | J | | |
| 684. | | | | | Sold | 09/10/12 | J | A | |
| 685. - Enbridge Inc. | | | | | Buy | 06/28/12 | J | | |
| 686. | | | | | Buy | 07/11/12 | J | | |
| 687. | | | | | Sold | 09/10/12 | J | A | |
| 688. - Textainer Group Holdings Ltd. | | | | | Buy | 06/28/12 | J | | |
| 689. | | | | | Buy | 07/11/12 | J | | |
| 690. | | | | | Sold (part) | 09/04/12 | J | | |
| 691. | | | | | Sold | 09/05/12 | J | | |
| 692. - Simon Ppty Group Inc. | | | | | Buy | 08/01/12 | J | | |
| 693. | | | | | Sold | 09/10/12 | J | | |
| 694. - VF Corporation | | | | | Buy | 09/04/12 | J | | |
| 695. | | | | | Sold | 09/10/12 | J | A | |
| 696. - Zillow Inc. | | | | | Buy | 09/04/12 | J | | |
| 697. | | | | | Sold | 09/10/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 698. - Eaton Vance Natl Mun Opp Tr | | | | | Buy | 09/10/12 | K | | |
| 699. - Eaton Vance Tax Mgd Dir. Equ. Fd | | | | | Buy | 09/10/12 | J | | |
| 700. - Western Asst Glb CP Def Opp Fd | | | | | Buy | 09/10/12 | K | | |
| 701. - MFS Charter Income TR SBI | | | | | Buy | 09/10/12 | K | | |
| 702. - Invesco Muni Income Opp | | | | | Buy | 09/10/12 | K | | |
| 703. - Franklin Income Adv | | | | | Buy | 09/10/12 | K | | |
| 704. - Nuveen Build American Bond Fd | | | | | Buy | 09/10/12 | K | | |
| 705. - PIMCO Corporate & Income Oppor | | | | | Buy | 09/10/12 | K | | |
| 706. - LTC Properties, Inc. | | | | | Buy | 09/10/12 | J | | |
| 707. - Black Hills Corp. | | | | | Buy | 09/10/12 | J | | |
| 708. - MFA Financial Inc. | | | | | Buy | 09/10/12 | J | | |
| 709. - Altria Group Inc. | | | | | Buy | 09/10/12 | J | | |
| 710. - PPL Corporation | | | | | Buy | 09/10/12 | J | | |
| 711. - Omega Healthcare Inv. | | | | | Buy | 09/10/12 | J | | |
| 712. - Senior Hsg Ppty Tr SBI | | | | | Buy | 09/10/12 | J | | |
| 713. - Shaw Communic Inc. Cl B Nv | | | | | Buy | 09/10/12 | J | | |
| 714. | | | | | Sold | 10/25/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT**

| | Name of Person Reporting | Date of Report |
|---|---|---|

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 715.  - Thomson Reuters Corp. | | | | | Buy | 09/10/12 | J | | |
| 716.  - Pfizer Inc. | | | | | Buy | 09/10/12 | J | | |
| 717. | | | | | Sold | 12/11/12 | J | A | |
| 718.  - Leggett & Platt Inc. | | | | | Buy | 09/10/12 | J | | |
| 719.  - H&R Block Inc. | | | | | Buy | 09/10/12 | J | | |
| 720.  - Annaly Capital Mngmt Inc. | | | | | Buy | 09/10/12 | J | | |
| 721.  - AT&T Inc. | | | | | Buy | 09/10/12 | J | | |
| 722.  - Seadrill Ltd. | | | | | Buy | 09/10/12 | J | | |
| 723.  - American Electric Power Co. | | | | | Buy | 09/10/12 | J | | |
| 724.  - Vectren CP | | | | | Buy | 09/10/12 | J | | |
| 725.  - American Capital Agency | | | | | Buy | 09/10/12 | J | | |
| 726.  - Sun Life Finl SvcsCDA Inc. | | | | | Buy | 09/10/12 | J | | |
| 727.  - Eli Lilly & Co. | | | | | Buy | 09/10/12 | J | | |
| 728. | | | | | Sold | 12/28/12 | J | A | |
| 729.  - BCE Inc. (New) | | | | | Buy | 09/10/12 | J | | |
| 730.  - National Retail Properties I | | | | | Buy | 09/10/12 | J | | |
| 731.  - Entergy Corp. New | | | | | Buy | 09/10/12 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market |
| | U =Book Value | V =Other | W =Estimated |

## FINANCIAL DISCLOSURE REPORT

Name of Person Reporting                    Date of Report

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 732. - Verizon Communications | | | | | Buy | 09/10/12 | J | | |
| 733. - Health Care REIT Inc. | | | | | Buy | 09/10/12 | J | | |
| 734. - Reynolds American Inc. | | | | | Buy | 09/10/12 | J | | |
| 735. - BK Montreal | | | | | Buy | 09/10/12 | J | | |
| 736. - Abbott Laboratories | | | | | Buy | 09/10/12 | J | | |
| 737. | | | | | Sold | 12/28/12 | J | | |
| 738. - Linn Energy LLC UTS Rep Ltd LI | | | | | Buy | 10/25/12 | J | | |
| 739. | | | | | Sold | 11/12/12 | J | | |
| 740. - Vanguard Natural Resources LLC | | | | | Buy | 11/12/12 | J | | |
| 741. - Astrazeneca PLC ADS | | | | | Buy | 12/11/12 | J | | |
| 742. - Centurylink Inc. | | | | | Buy | 12/28/12 | J | | |
| 743. BROKERAGE ACCOUNT #1 | A | Dividend | K | T | | | | | |
| 744. - Extended Insurance Sweep Account | A | Interest | J | T | Open | 03/08/12 | K | | |
| 745. - Credit Suisse Nassau | | None | | | Buy | 03/13/12 | J | | |
| 746. | | | | | Sold | 03/22/12 | J | A | |
| 747. - Pepsico Inc. Call | | None | | | Buy | 03/14/12 | J | | |
| 748. | | | | | Sold | 04/03/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 749. - Bridgepoint Ed. Inc. Put | | None | | | Buy | 03/15/12 | J | | |
| 750. | | | | | Closed | 07/10/12 | J | A | |
| 751. - Proshares Ultrashort S&P 500 ETF | | None | | | Buy | 03/15/12 | J | | |
| 752. | | | | | Sold | 04/17/12 | J | A | |
| 753. - Proshares TR Ultrashort QQQ New | | None | | | Buy | 03/15/12 | J | | |
| 754. | | | | | Buy | 03/27/12 | J | | |
| 755. | | | | | Sold | 04/17/12 | J | A | |
| 756. - Grand Canyon Education (short sale) | | | | | Sold | 03/15/12 | J | | |
| 757. | | | | | Buy | 04/26/12 | J | | |
| 758. - Ishares Tr FTSE China 25 Index Fund | A | Dividend | | | Buy | 03/16/12 | J | | |
| 759. | | | | | Sold | 08/07/12 | J | A | |
| 760. - Intl Flavors & Fragrances Inc. | A | Dividend | | | Buy | 03/16/12 | J | | |
| 761. | | | | | Buy | 03/29/12 | J | | |
| 762. | | | | | Sold | 04/26/12 | J | A | |
| 763. - Proshs Ultrshrt Barclays 20+ Yr Open Contract Call | | None | | | Buy | 03/29/12 | J | | |
| 764. | | | | | Buy | 04/03/12 | J | | |
| 765. | | | | | Buy | 04/25/12 | J | | |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 766. | | | | | Buy | 04/26/12 | J | | |
| 767. | | | | | Sold | 05/10/12 | J | | |
| 768. - CSX Corp | | None | | | Buy | 03/29/12 | J | | |
| 769. | | | | | Sold | 04/26/12 | J | A | |
| 770. - Walter Energy, Inc. | | None | | | Buy | 04/03/12 | J | | |
| 771. | | | | | Sold | 04/18/12 | J | A | |
| 772. - Yahoo Inc. | | None | | | Buy | 04/03/12 | J | | |
| 773. | | | | | Sold | 07/03/12 | J | A | |
| 774. - Dell, Inc. | | None | | | Buy | 04/04/12 | J | | |
| 775. | | | | | Sold | 09/06/12 | J | | |
| 776. - Ocwen Financial Corp. | | None | | | Buy | 04/19/12 | J | | |
| 777. | | | | | Sold | 08/03/12 | J | B | |
| 778. - Oaktree Cap Group LLC Unit CL A | A | Dividend | | | Buy | 04/26/12 | J | | |
| 779. | | | | | Sold | 10/31/12 | J | A | |
| 780. - Charles Schwab Corp. | A | Dividend | | | Buy | 05/02/12 | J | | |
| 781. | | | | | Sold | 09/06/12 | J | | |
| 782. - Market Vectors Oil Svcs ETF | | None | | | Buy | 06/19/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| | Name of Person Reporting | Date of Report |
|---|---|---|

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 783. | | | | | Sold | 07/03/12 | J | A | |
| 784. | | | | | Buy | 07/09/12 | J | | |
| 785. | | | | | Sold | 08/01/12 | J | A | |
| 786. - Powershares QQQ Trust Series 1 Short Sale | A | Dividend | | | Sold | 08/01/12 | J | | |
| 787. | | | | | Buy (add'l) | 08/01/12 | J | A | |
| 788. | | | | | Sold | 08/03/12 | J | | |
| 789. | | | | | Sold | 08/07/12 | J | | |
| 790. | | | | | Buy (add'l) | 10/19/12 | J | A | |
| 791. - Ishares Russell 2000 Index Fund Put | | None | | | Buy | 09/06/12 | J | | |
| 792. | | | | | Sold | 10/26/12 | J | | |
| 793. - American International Group Inc. | | None | | | Buy | 10/23/12 | J | | |
| 794. | | | | | Buy | 11/13/12 | J | | |
| 795. | | | | | Sold | 11/13/12 | J | | |
| 796. | | | | | Sold | 12/19/12 | J | | |
| 797. - Sourcefire Inc. | | None | | | Buy | 10/23/12 | J | | |
| 798. | | | | | Sold | 10/23/12 | J | A | |
| 799. | | | | | Buy | 10/25/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 800. | | | | | Sold | 11/01/12 | J | A | |
| 801. | | | | | Buy | 11/13/12 | J | | |
| 802. | | | | | Sold | 11/16/12 | J | A | |
| 803. - El DuPont De Nemours & Co. | A | Dividend | J | T | Buy | 10/25/12 | J | | |
| 804. - Proctor & Gamble Co. | | | | | Buy | 11/13/12 | J | | |
| 805. | | | | | Sold | 12/19/12 | J | | |
| 806. - Express Scripts Holding Co. | | None | J | T | Buy | 12/19/12 | J | | |
| 807. - PMX Communities Inc. | | None | J | T | Buy | 12/20/12 | J | | |
| 808. | | | | | Buy | 12/20/12 | J | | |
| 809. | | | | | Sold (part) | 12/20/12 | J | A | |
| 810. - Proctor & Gamble Co. Call | | None | J | T | Buy | 12/28/12 | J | | |
| 811. - Proctor & Gamble Co. Put | | | | | Buy | 12/28/12 | J | | |
| 812. | | | | | Sold | 12/28/12 | J | | |
| 813. - Ford Motor Co. Put | | None | J | T | Buy | 12/28/12 | J | | |
| 814. | | | | | Sold | 12/31/12 | J | | |
| 815. | | | | | | | | | |
| 816. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

Name of Person Reporting     Date of Report

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 817. | | | | | | | | | |
| 818. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

VII. INVESTMENTS and TRUSTS

Line 223- IRA #1 - All assets transferred to IRA #2 (identified as "distributions" as transaction code).

Lines 271 and 549 - Changed asset name to generic cash and money market funds to more acurately reflect cash nature of deposit. Asset name "Dreyfus Money Market Instruments, Inc."

Line 254 - IRA #2 - If column "(1) Type" is blank, funds were transferred from IRA #1 and IRA #2.

Line 504 - IRA #3 - All assets transferred to IRS #2 (identified as "distributions" as transaction code).

Line 549 - Asset name "Dreyfus Money Market Instruments, Inc."

FINANCIAL DISCLOSURE REPORT

Name of Person Reporting

Date of Report

Page 54 of 54

Hall, Sarah A.

10/21/2013

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Sarah A. Hall**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544